UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGEB Y. HUSSAIN,<br>Plaintiff,<br>v.<br>SF SHERIFF (INTERNAL AFFAIRS UNIT), et al.,<br>Defendants. | Case No. 26-cv-03373-VC<br><br>**ORDER OF DISMISSAL** |

On May 4, 2026, Magistrate Judge Sallie Kim denied Hussain's motion to proceed *in forma pauperis* (IFP). Dkt. No. 5. Hussain neither filed an amended application nor, to the Court's knowledge, paid the $405 filing fee by the June 3, 2026 deadline given. Nor did Hussain appear at the initial case management conference on July 24, 2026. This action is therefore DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). This dismissal is without prejudice. The Clerk of the Court is directed to enter judgment for defendants and close this case.

**IT IS SO ORDERED.**

Dated: July 24, 2026

VINCE CHHABRIA
United States District Judge